IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00821-RBJ

FRANKLIN JACKSON,

    Plaintiff,

v.

LOYA INSURANCE COMPANY and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, **LOYA INSURANCE COMPANY**, moves for substitution of counsel as follows:

1. Loya Insurance Company is currently represented by Todd Dieterich of Chavez Legal Group.

2. Loya Insurance Company's representation has recently been transferred to Billy-George Hertzke and Jessica R. Schultz of SGR, LLC.

3. By this motion, Billy-George Hertzke and Jessica R. Schultz of SGR, LLC enter their appearance on behalf of Loya Insurance Company.

**WHEREFORE**, Defendant Loya Insurance Company respectfully requests that this Court enter an Order allowing Billy-George Hertzke and Jessica R. Schultz of SGR, LLC to substitute as counsel in place of Todd Dieterich of the Chavez Legal Group and directing

that all parties serve undersigned counsel in lieu of prior counsel with all court filings which require service on Loya Insurance Company.

Respectfully submitted,

/s/ Todd Dieterich
**Todd Dieterich**
Chavez Legal Group
4725 Monaco Street, Suite 206
Denver, CO 80237
Telephone: 303-253-3249
Email: dieterich@chavezlegalgroup.com

/s/ Billy-George Hertzke
**Billy-George Hertzke**
**Jessica R. Schultz**
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: 303-320-0509
Facsimile: 303-320-0210
Email: bhertzke@sgrllc.com
Email: jschultz@sgrllc.com
*Attorneys for Defendant -*
*Loya Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of August, 2021, I electronically filed a true and exact copy of the above and foregoing **MOTION FOR SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Markel
markelb@fdazar.com
*Attorney for Plaintiff*

Rebecca K. Wagner
Emma K. Knight
rwagner@cwfd-law.net
eknight@cwfd-law.net
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

                                                            /s/ Barbara A. Ortell
                                                            Barbara A. Ortell, Legal Secretary

01943769.DOCX